IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-cv-00738-WO-JEP

| | |
|---|---|
| MARSHA FRYE, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT** |

Hartford Life and Accident Insurance Company ("Hartford") submits this motion to partially dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) because Count III of the Complaint fails to state a plausible claim for statutory penalties under 29 U.S.C. § 1132(c)(1). For grounds, Hartford shows the Court the following:

1. Plaintiff brought this action seeking Supplemental Life Insurance benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*

2. Plaintiff's Complaint is cast in three counts: Count I seeks Supplemental Life Insurance Benefits under 29 U.S.C. § 1132(a)(1)(B) (Complaint, Doc. 1-4, ¶¶ 23-30); Count II seeks civil damages under 26 U.S.C. § 7434 (*Id.* at ¶¶ 32-39); and Count III seeks statutory penalties under 29 U.S.C. § 1132(e)(1). (*Id.* at ¶¶ 41-46.)

3. Taking all allegations of the Complaint as true for purposes of a Rule 12(b)(6) motion, Count III fails to state a plausible claim for statutory penalties against

1

Hartford upon which relief can be granted. Specifically:

    (a) Plaintiff's Complaint fails to state a claim for statutory penalties as a matter of law because Plaintiff did not request documents or information from the appropriate entity (*i.e.* the Plan Administrator);

    (b) Hartford is not the Plan Administrator within the meaning of 29 U.S.C. § 1132(c)(1) and is therefore not subject to the statutory penalties that section authorizes; and

    (c) An alleged failure to produce claim documentation and other materials requested by Plaintiff cannot subject Hartford to penalties under § 1132(c)(1) because those documents are not enumerated in § 1024(b)(4).

4. In support of its motion to partially dismiss plaintiff's complaint, Hartford tenders and relies on:

    (a) Plaintiff's Complaint, with exhibits;

    (b) Exhibit 1 – Booklet-Certificate of Insurance;

    (c) All pleadings and documents of record; and

    (d) Hartford's brief in support filed herewith.

WHEREFORE, Defendant Hartford Life and Accident Insurance Company prays that its motion to partially dismiss Plaintiff's Complaint be granted, and that Count III of the Complaint be dismissed with prejudice.

Respectfully submitted, this 14th day of September, 2022.

                                                             WOMBLE BOND DICKINSON (US) LLP

                                                             */s/ Sonny S. Haynes*
                                                             Sonny S. Haynes
                                                            N.C. State Bar No. 41303
                                                            One West Fourth Street
                                                            Winston-Salem, NC  27101
                                                            Telephone:  (336) 721-3632
                                                            Facsimile:  (336) 726-2227
                                                            Email:  Sonny.Haynes@wbd-us.com

                                                            *Attorney for Hartford Life and Accident Insurance Company*

# CERTIFICATE OF SERVICE

This is to certify that on September 14, 2022, the undersigned attorney did file the foregoing document using this Court's CM/ECF system, which will automatically give notice via electronic means to the following attorney of record:

    Michael Doran, Esq.
    Doran Law Offices
    225 North Mail Street, Suite 308
    Salisbury, NC 28144
    Email: mdoran@doranlaw-nc.com

    *Attorney for Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
Email: Sonny.Haynes@wbd-us.com

*Attorney for Hartford Life and Accident Insurance Company*

4